FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/23/2015 3:27:19 PM
DEBBIE AUTREY
Clerk

## NO. CR02262

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 6th JUDICIAL DISTRICT |
| | § | |
| FOSTER DALEON JONES | § | RED RIVER COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Foster Daleon Jones, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Foster Daleon Jones.

Respectfully submitted,

Law Office of Dan Meehan
202 West Madison
Clarksville, Texas 75426
Tel: (903) 427-4547/Fax: (903) 427-4549

By: _____
Dan Meehan
State Bar No. 13898700
Attorney for Foster Daleon Jones

2015 SEP 21 AM 8: 11
FILED FOR RECORD

## CERTIFICATE OF SERVICE

This is to certify that on September _17_, 2015, a true and correct copy of the above and foregoing document was served on Val Varley, Red River County Attorney's Office, 400 North Walnut, Clarksville, Texas 75426, by hand delivery.

_____
Dan Meehan

## CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

APPELLATE NO._____

(To be filled in by COA)

TRIAL COURT NO.   CR02262

FOSTER DALEON JONES       *       IN THE 6TH JUDICIAL DIST. COURT
(Appellant)

VS.

      *       OF

STATE OF TEXAS       *       RED RIVER COUNTY, TEXAS
(Appellee)

The records of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF:  AGGRAVATED SEXUAL ASSAULT OF A CHILD

PUNISHMENT ASSESSED:  25 YEARS TDCJ

WAS THIS A REVOCATION OF PROBATION? : _____YES ____X__NO

DEFENDANT IS :    __X__  IN JAIL _____OUT ON BOND _____OUT ON PROBATION

If on BOND give AMOUNT: $_____DATE Bond was posted:_____

SENTENCE IMPOSED on the 16th day of September, 2015.

If no SENTENCE, ORDER appealed from was signed:  the _____ day of_____, 2003

WRITTEN NOTICE OF APPEAL WAS FILED ON:  September 21, 2015

## TRIAL WAS HELD BEFORE THE COURT:

1. BY TRIAL COURT ONLY with no jury__X__    3. With a Jury on PUNISHMENT ONLY_____
2. With a JURY on GUILT ONLY_____    4. With a JURY ON GUILT & PUNISHMENT_____

* If Motion for New Trial was filed after Notice of Appeal. Please give Written Notice to the Court of Appeals Immediately.

PRESIDING TRIAL COURT JUDGE:  ERIC CLIFFORD

TRIAL COURT REPORTER: TERRY SPANGLER     ADDRESS:  119 N. MAIN, PARIS, TX 75460

WAS DEFENDANT DECLARED INDIGENT?: __X_ yes _____no

DEFENDANT'S COUNSEL IS: Retained_____ Appointed ____X____ Pro Se____

DEFENDANT IS REPRESENTED ON APPEAL BY: DON BIARD   24047755
                                      (Attorney Name)   ( Bar number)

38 1ST ST. NW, PARIS, TX 75460
(Address):

(903) 785- 1606
(Telephone No)

STATE IS REPRESENTED ON APPEAL BY:  Val Varley,         20496580
                                (County Attorney Pro Tem)   (Bar Card No.)
(Address): Red River County Courthouse, 400 N. Walnut, Clarksville, TX 75426
(Telephone No.):  903-427-2009

DATED this 23rd day of September, 2015.

                                  Janice Gentry
                              Red River County, District Clerk

                                              Deputy

NOTE:  ATTACH A COPY OF THE NOTICE OF APPEAL TO THIS FORM.
       (ONE COPY OF THIS FORM TO COURT OF APPEALS & ONE COPY TO THE TRIAL COURT)

PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE- THANK YOU.

(Complete in Duplicate - Original to  Sixth District Court of Appeals
                                   Bi-State Justice Bldg.
                                   100 North State Line Avenue #20
                                   Texarkana, TX 75501